RODRIGO DECASAS
Patient No.: 1298-9
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210-5003

*Plaintiff in Pro Se*



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RODRIGO DECASAS,
*Plaintiff,*

Vs.

WONG, Supervising Deputy Los Angeles
County Public Defender,
*Defendant.*

No. CV15-919 . RT E

**MOTION TO FILE CIVIL RIGHTS COMPLAINT *IN FORMA PAUPERIS* WITHOUT BEING SUBJECT TO PRISON LAW REFORM ACT**

The Plaintiff respectfully submits this Motion to Proceed in *Forma Pauperis* without being subject to the Prison Law Reform Act.

## I. Statement of Facts

Plaintiff is *not* a Prisoner. Plaintiff is a civil detainees held pursuant to California's Sexually Violent Predator Act[1].

Plaintiff is indigent as he earned and received average monthly incomes of less than $ 300 per month (for the past 3 years).

## II. Argument

### Plaintiff is not Prisoners for Purposes of PLRA

Plaintiff is not a "prisoner"; but rather are civil detainees held pursuant to California civil commitment legislation. Consequently the PLRA does not apply to Plaintiff as this court has determined that "it is clear from the express language of [the PLRA] that [its] requirements apply only to prisoners." (*Page v. Torrey* (9th Cir. 2000) 201 F.3d 1146, 1139)

## III. Conclusion

Due to the Plaintiff being indigent and due to his not being subject to the PLRA, Plaintiff respectfully submits that he should be permitted to file their Civil Rights Complaint without being subject to paying the filing fee.

---

[1] California's welfare and Institutions Code §6600, et. seq.

Dated: _Jan. 22, 2015_

Respectfully Submitted,

_Rodrigo de Losos_
_____
Plaintiff in Pro Se

MOTION TO PROCEED *IN FORMA PAUPERIS*

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

__Central__ _____ District of __CALIFORNIA__

RODRIGO DECASAS,
*Plaintiff,*

Vs.

WONG, Supervising Deputy Los Angeles County
Public Defender,
*Defendant.*

**APPLICTION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ RODRIGO DECASAS _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated ☐ Yes      ☑ No      (If "No," go to Part 2)
   I am presently a patient in a mental hospital and am not a prisoner.
   If "Yes," state the place of your incarceration __N/A__

   Are you employed at the institution? __N/A__      Do you receive any payment from the institution? __N/A__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?      ☐ Yes      ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Approximate date of last employment: __1994__  Approximate monthly wage $__2000-3000__ Name of Last employer:
   Do not Remember names of employers, I worked as a construction worker.

3. In the past 12 months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes      ☑ No
   b. Rent payments, interest or dividends               ☐ Yes      ☑ No
   c. Pensions, annuities or life insurance payments      ☐ Yes      ☑ No
   d. Disability or workers compensation payments         ☐ Yes      ☑ No
   e. Gifts or inheritances                               ☐ Yes      ☑ No
   f. Any other sources                                   ☑ Yes      ☐ No

AO 240 (Rev. 9/96)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I receive approximately $ 12.50 per month from the hospital within which I am a patient.

4.  Do you have **any** cash or checking or savings accounts?       □ Yes        ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?       □ Yes        ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NONE

I declare under penalty of perjury that the above information is true and correct.

Jan. 22, 2015                    Rodrigo de corcol
_____                _____
       Date                        Signature of Applicant

**NOTICE TO PRISONER:** A prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.