# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RODRIGO DECASAS

PLAINTIFF(S)

v.

WONG , et al.

DEFENDANT(S).

CASE NUMBER:

2:15−cv−00919−RT−E

**NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**

    Pursuant to General Order 14−03, the within action has been assigned to the calendar of the Honorable _____Robert J. Timlin_____ , U. S. District Judge. Pursuant to the provisions of General Order 05−07, the within action is referred to _____U. S. Magistrate Judge Charles F. Eick_____, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that a trial by a District Judge is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court together with proposed findings of fact and conclusions of law where necessary or appropriate, and a proposed written order or judgment, which shall be mailed to the parties. In the event the Magistrate Judge concludes that a trial by a District Judge is required, the Magistrate Judge shall so report to the District Judge.

    Subsequent documents, correspondence and all other matters to be called to the Magistrate Judge's attention should be submitted and/or filed at the following location:

Western Division
312 N. Spring Street, Rm. G−8
Los Angeles, CA 90012

Clerk, U.S. District Court

February 9, 2015
Date

By  /s/ *Robert Nadres*
Deputy Clerk

---

**NOTICE TO COUNSEL / PRO SE LITIGANT**

    A copy of this notice must be served on all parties served with the Summons and Complaint by the party who filed the Complaint.

    Electronic recording equipment is used to report any proceedings before the magistrate judge, if a hearing is held.

    The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

CV−25 (06/14)        NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE